AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| US RIGHT TO KNOW <br> *Plaintiff(s)* <br> v. <br> UNITED STATES DEPARTMENT OF EDUCATION <br> *Defendant(s)* | Civil Action No.  3:20-cv-9117 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
    UNITED STATES DEPARTMENT OF EDUCATION
    C/O GENERAL COUNSEL OR DEPUTY GENERAL COUNSEL
    400 MARYLAND AVE SW
    WASHINGTON, DC 20202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Laura D. Beaton
Shute, Mihaly & Weinberger LLP
396 Hayes Street
San Francisco, California 94102
NOTE: ANSWER IS DUE 30 DAYS FROM SERVICE OF THIS SUMMONS. 5 U.S.C. § 552(a)(4)(C).

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                                         _____
                                                                      *Signature of Clerk or Deputy Clerk*