AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| US RIGHT TO KNOW<br>*Plaintiff(s)*<br>v.<br>UNITED STATES DEPARTMENT OF EDUCATION<br>*Defendant(s)* | Civil Action No.  4:20-cv-9117-DMR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
UNITED STATES DEPARTMENT OF EDUCATION
C/O Civil Process Clerk, Office of the United States Attorney for the Northern District of California
450 Golden Gate Ave., 11th Floor
San Francisco, CA 94102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Laura D. Beaton
Shute, Mihaly & Weinberger LLP
396 Hayes Street
San Francisco, California 94102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date: December 18, 2020

*Cynthia J. Lenahan*
*Signature of Clerk or Deputy Clerk*