DANIEL C. SNYDER (Oregon State Bar No. 105127)
*Pro hac vice* application forthcoming
LAW OFFICES OF CHARLES M. TEBBUTT, P.C.
941 Lawrence Street
Eugene, Oregon 97401
Telephone:   (541) 344-3505
Facsimile:    (541) 344-3516
dan@tebbuttlaw.com

LAURA D. BEATON (State Bar No. 294466)
SHUTE, MIHALY & WEINBERGER LLP
396 Hayes Street
San Francisco, California 94102
Telephone:   (415) 552-7272
Facsimile:    (415) 552-5816
Beaton@smwlaw.com

Attorneys for Plaintiff US RIGHT TO KNOW

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| US RIGHT TO KNOW, a California Non-Profit Corporation,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>　　　　　Defendant. | Case No. 4:20-cv-9117-DMR<br><br>**Proof of Service** |

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is 396 Hayes Street, San Francisco, CA 94102.

On December 21, 2020, I served true copies of the following document(s) described as:

**SUMMONS**

**CIVIL COVER SHEET**

**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

**CORPORATE DISCLOSURE STATEMENT**

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

**ECF REGISTRATION INFORMATION FOR THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA**

**NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL**

**STANDING ORDER FOR MAGISTRATE JUDGE DONNA M. RYU**

**NOTICE RE TELEPHONIC APPEARANCE PROCEDURES FOR MAGISTRATE JUDGE DONNA M. RYU**

**STANDING ORDERS FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA – CONTENTS OF JOINT CASE MANAGEMENT STATEMENT**

on the parties in this action as follows:

United States Department of Education
c/o General Counsel or Deputy Counsel
400 Maryland Avenue SW
Washington, DC  20202

United States Department of Education
c/o United States Attorney General
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC  20530-0001

United States Department of Education
c/o Civil Process Clerk
United States Attorney for the
Northern District of California
450 Golden Gate Ave., 11th Floor
San Francisco, CA  94102

**BY CERTIFIED MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing via Certified Mail, Return Receipt Requested, following our ordinary business practices, and in accordance with F.R.C.P. 4(i). I am readily familiar with Shute, Mihaly & Weinberger LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 30, 2020, at San Francisco, California.

*David Weibel*
David Weibel

1323677.1