1 | STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney
2 | SARA WINSLOW (DCBN 457643)
Chief, Civil Division
3 | SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney
4

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495
Telephone: (415) 436-7200
6 | FAX: (415) 436-6748
savith.iyengar@usdoj.gov
7
Attorneys for Defendant
8 | U.S. DEPARTMENT OF EDUCATION

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | OAKLAND DIVISION

12 | US RIGHT TO KNOW,                         ) No. 20-cv-09117-DMR
                                              )
13 |     Plaintiff,                            ) **STIPULATION TO CONTINUE INITIAL CASE**
                                              ) **MANAGEMENT CONFERENCE;**
14 |  v.                                       ) **ORDER (AS MODIFIED)**
                                              )
15 | UNITED STATES DEPARTMENT OF               )
     EDUCATION,                                )
16 |                                           )
         Defendant.                            )
17 | _____)

18 |     Plaintiff US Right to Know ("Plaintiff") and defendant United States Department of Education

19 | ("Defendant" or "Education Department"), by and through their undersigned counsel, hereby

20 | STIPULATE and respectfully REQUEST that the Court continue the parties' initial case management

21 | conference ("CMC") set for September 15, 2021 at 1:30 p.m. until **December 15, 2021 at 1:30 p.m.**

22 | This stipulation is based on the following facts:

23 |     1.    This action, filed on December 17, 2020 under the Freedom of Information Act

24 | ("FOIA"), concerns one FOIA request that Plaintiff directed to the Education Department, dated July 6,

25 | 2020. ECF No. 1 ¶ 35; ECF No. 11 ¶ 35. The request seeks certain records that the University of Texas

26 | System ("UT") submitted to the Education Department pursuant to the Education Department's request.

27 | ECF No. 1 ¶ 36 & Ex. B. As the parties previously reported to the Court, since the filing of the lawsuit,

28 | the Education Department has answered the complaint, the parties have met and conferred regarding the

1  FOIA request and the collection and processing of records, including by telephone and email, Defendant
2  completed the process of locating potentially responsive records, and the parties stipulated to a schedule
3  for processing these records and working in good faith to resolve all issues in this case, ECF No. 20,
4  which this Court entered as an order of the Court on April 15, 2021 ("Order").  ECF No. 21.

5      2. Since that time, the Education Department has timely made monthly productions of
6  records in accordance with the Order.  These productions are ongoing.  Accordingly, the parties stipulate
7  and respectfully request that the Court continue the parties' initial CMC by three (3) months, from
8  September 15, 2021 until December 15, 2021, so that the parties can continue this process, as set forth in
9  the Order.

10     SO STIPULATED.

Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

13  Dated: September 3, 2021    By:    */s/ Savith Iyengar*
    SAVITH IYENGAR
14    Assistant United States Attorney
    Attorney for Defendant

THE LAW OFFICES OF CHARLES M. TEBBUTT, P.C.

17  Dated: September 3, 2021    By:    **\*/s/ Daniel C. Snyder*
    DANIEL C. SNYDER
18    Attorneys for Plaintiff

19    \*\* Pursuant to Civ. L.R. 5-1(i)(3), the filer of the document has obtained approval from this signatory.

1 **ORDER (AS MODIFIED)**

2 IT IS HEREBY ORDERED that the Case Management Conference currently set for

3 September 15, 2021 at 1:30 p.m. is continued until **December 15, 2021 at 10:00 a.m.** in Oakland,

4 by Zoom videoconference. The parties shall submit a joint case management conference statement

5 December 8, 2021.                                              by

7 Dated:  September 7, 2021



_____
DONNA M. RYU
United States Magistrate Judge