STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-6748
    savith.iyengar@usdoj.gov

Attorneys for Defendant
U.S. DEPARTMENT OF EDUCATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| US RIGHT TO KNOW,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>    Defendant. | No. 4:20-cv-09117-DMR<br><br>**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

    Plaintiff US Right to Know ("Plaintiff") and defendant United States Department of Education ("Defendant" or "Education Department"), by and through their undersigned counsel, hereby STIPULATE and respectfully REQUEST that the Court continue the parties' initial case management conference ("CMC") set for October 5, 2022 at 1:30 p.m., ECF No. 29, until **January 4, 2023 at 1:30 p.m.** This stipulation is based on the following facts:

    1.    This action, filed on December 17, 2020 under the Freedom of Information Act ("FOIA"), concerns one FOIA request that Plaintiff directed to the Education Department, dated July 6, 2020. ECF No. 1 ¶ 35; ECF No. 11 ¶ 35. The request seeks certain records that the University of Texas System ("UT") submitted to the Education Department pursuant to the Education Department's request. ECF No. 1 ¶ 36 & Ex. B. As the parties previously reported to the Court, since the filing of the lawsuit, the Education Department has answered the complaint, the parties have met and conferred regarding the

FOIA request and the collection and processing of records, including by telephone and email, Defendant completed the process of locating potentially responsive records, and the parties stipulated to a schedule for processing these records and working in good faith to resolve all issues in this case, ECF No. 20, which this Court entered as an order of the Court on April 15, 2021 ("Order").  ECF No. 21.

2. Since that time, the Education Department has timely made monthly productions of records in accordance with the Order.  These productions are ongoing.  Accordingly, the parties stipulate and respectfully request that the Court continue the parties' initial CMC by approximately three (3) months, from October 5, 2022 until January 4, 2023, so that the parties can continue this process, as set forth in the Order.

SO STIPULATED.

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

Dated: September 27, 2022      By:   */s/ Savith Iyengar*
SAVITH IYENGAR
Assistant United States Attorney
Attorney for Defendant


THE LAW OFFICES OF CHARLES M. TEBBUTT, P.C.

Dated: September 27, 2022      By:   ***/s/ Daniel C. Snyder*
DANIEL C. SNYDER
Attorney for Plaintiff


SHUTE, MIHALY & WEINBERGER LLP

Dated: September 27, 2022      By:   ***/s/ Laura D. Beaton*
LAURA D. BEATON
Attorney for Plaintiff


** Pursuant to Civ. L.R. 5-1(h)(3), the filer of the document has obtained approval from this signatory.

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the Case Management Conference currently set for October 5, 2022 at 1:30 p.m. is continued until January 4, 2023 at 1:30 p.m.  The parties shall submit a joint case management conference statement by December 28, 2022.

Dated: _____, 2022        _____
                                           DONNA M. RYU
                                           United States Magistrate Judge