1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2  MICHELLE LO (NYRN 4325163)
   Chief, Civil Division
3  SAVITH IYENGAR (CABN 268342)
   Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, CA 94102-3495
        Telephone: (415) 436-7200
6       FAX: (415) 436-6748
        savith.iyengar@usdoj.gov
7
   Attorneys for Defendant
8  U.S. DEPARTMENT OF EDUCATION

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          OAKLAND DIVISION

12  US RIGHT TO KNOW,                    )  No. 4:20-cv-09117-DMR
                                         )
13         Plaintiff,                    )  **STIPULATION TO CONTINUE INITIAL CASE**
                                         )  **MANAGEMENT CONFERENCE;**
14     v.                                )  **ORDER (AS MODIFIED)**
                                         )
15  UNITED STATES DEPARTMENT OF          )
    EDUCATION,                           )
16                                       )
           Defendant.                    )
17  _____  )

18         Plaintiff US Right to Know ("Plaintiff") and defendant United States Department of Education

19  ("Defendant" or "Education Department"), by and through their undersigned counsel, hereby

20  STIPULATE and respectfully REQUEST that the Court continue the parties' initial case management

21  conference ("CMC") set for January 4, 2023 at 1:30 p.m., ECF No. 32, until **March 1, 2023 at 1:30**

22  **p.m.**  This stipulation is based on the following facts:

23         1.      This action, filed on December 17, 2020 under the Freedom of Information Act

24  ("FOIA"), concerns one FOIA request that Plaintiff directed to the Education Department, dated July 6,

25  2020.  ECF No. 1 ¶ 35; ECF No. 11 ¶ 35.  The request seeks certain records that the University of Texas

26  System ("UT") submitted to the Education Department pursuant to the Education Department's request.

27  ECF No. 1 ¶ 36 & Ex. B.  As the parties previously reported to the Court, since the filing of the lawsuit,

28  the Education Department has answered the complaint, the parties have met and conferred regarding the

STIPULATION AND ORDER  (AS MODIFIED)
4:20-CV-09117-DMR                                    1

1   FOIA request and the collection and processing of records, including by telephone and email, Defendant

2   completed the process of locating potentially responsive records, and the parties stipulated to a schedule

3   for processing these records and working in good faith to resolve all issues in this case, ECF No. 20,

4   which this Court entered as an order of the Court on April 15, 2021 ("Order").  ECF No. 21.

5           2.       Since that time, the Education Department has completed its production of records in

6   accordance with the Order and Plaintiff has confirmed that it has no issues concerning the Education

7   Department's production.  Accordingly, as set forth in the Order, the parties will now meet and confer

8   regarding Plaintiff's demand for attorneys' fees and costs, ECF No. 21 ¶ 6, and hereby stipulate and

9   respectfully request that the Court continue the parties' initial CMC by approximately two (2) months,

10  from January 4, 2023 until March 1, 2023, so that the parties may engage in this process.

11          SO STIPULATED.

                                                 Respectfully submitted,

12
                                                 STEPHANIE M. HINDS
13                                               United States Attorney

14  Dated: December 28, 2022          By:      /s/ Savith Iyengar
                                                 SAVITH IYENGAR
15                                               Assistant United States Attorney
                                                 Attorney for Defendant
16

17                                               PUBLIC JUSTICE

18  Dated: December 28, 2022          By:      **/s/ Daniel C. Snyder
                                                 DANIEL C. SNYDER
19                                               Attorney for Plaintiff

20                                               SHUTE, MIHALY & WEINBERGER LLP

21  Dated: December 28, 2022          By:      **/s/ Laura D. Beaton
                                                 LAURA D. BEATON
22                                               Attorney for Plaintiff

23

24                                               ** Pursuant to Civ. L.R. 5-1(h)(3), the filer of the document
                                                    has obtained approval from this signatory.

25

26

27

28

1

**ORDER (AS MODIFIED)**

2     IT IS HEREBY ORDERED that the Initial Case Management Conference currently set for

3  January 4, 2023 at 1:30 p.m. is continued until April 5, 2023 at 1:30 p.m. in Oakland, by

4  Videoconference only.  The parties shall submit a joint case management conference statement by

5  March 29, 2023.

6     IT IS SO ORDERED AS MODIFIED.

7

8   Dated:  December 28, 2022

9

10

11



12  _____
    DONNA M. RYU
    United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28