```
STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-6748
    savith.iyengar@usdoj.gov

Attorneys for Defendant
U.S. DEPARTMENT OF EDUCATION
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| US RIGHT TO KNOW,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>    Defendant. | No. 4:20-cv-09117-DMR<br><br>**STIPULATION TO EXTEND TIME TO MEET AND CONFER REGARDING ATTORNEYS' FEES AND COSTS; [PROPOSED] ORDER** |

Plaintiff US Right to Know ("Plaintiff") and defendant United States Department of Education ("Defendant" or "Education Department"), by and through their undersigned counsel, hereby STIPULATE and respectfully REQUEST that the Court extent the parties' time to meet and confer regarding Plaintiff's demand for attorneys' fees and costs from February 13, 2023 until March 13, 2023. This stipulation is based on the following facts:

    1.    This action, filed on December 17, 2020 under the Freedom of Information Act ("FOIA"), concerns one FOIA request that Plaintiff directed to the Education Department, dated July 6, 2020. ECF No. 1 ¶ 35; ECF No. 11 ¶ 35. The request sought certain records that the University of Texas System submitted to the Education Department pursuant to the Education Department's request. ECF No. 1 ¶ 36 & Ex. B. As the parties previously reported to the Court, the Education Department completed its production of records and Plaintiff has confirmed that it has no issues concerning the

Education Department's production. Accordingly, as set forth in the Court's order granting the parties' stipulation regarding case management and FOIA record production, entered April 15, 2021 ("Order"), ECF No. 21 ¶ 6, the parties have sixty (60) days to meet and confer in good faith regarding Plaintiff's entitlement to reasonable attorneys' fees and costs, i.e., until February 13, 2023.

2. The parties previously stipulated to, and this Court ordered, a continuance of the parties' initial case management conference ("CMC") from January 4, 2023 until April 5, 2023 so the parties could participate in this meet and confer process. ECF No. 38. Since that time, Plaintiff and the Education Department have exchanged an offer, counteroffer, and response to that counteroffer, which the Education Department is currently considering and intends to respond to by February 24, 2023.

3. Given the meet and confer deadline of February 13, 2023 set forth in the Order, the parties hereby stipulate and respectfully request that the Court extend the parties' time to meet and confer regarding Plaintiff's entitlement to attorneys' fees and costs by one month, from February 13, 2023 until March 13, 2023, so that they may continue this process.

SO STIPULATED.

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

Dated: February 10, 2023      By:   */s/ Savith Iyengar*
                                    SAVITH IYENGAR
                                    Assistant United States Attorney
                                    Attorney for Defendant


PUBLIC JUSTICE

Dated: February 10, 2023      By:   ***/s/ Daniel C. Snyder*
                                    DANIEL C. SNYDER
                                    Attorney for Plaintiff


SHUTE, MIHALY & WEINBERGER LLP

Dated: February 10, 2023      By:   ***/s/ Laura D. Beaton*
                                    LAURA D. BEATON
                                    Attorney for Plaintiff


** Pursuant to Civ. L.R. 5-1(h)(3), the filer of the document has obtained approval from this signatory.

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the parties' time to meet and confer regarding Plaintiff's demand for attorneys' fees and costs is extended by one month, from February 13, 2023 until March 13, 2023.

Dated: _____

_____
DONNA M. RYU
United States Magistrate Judge